IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR13 |
| | ) | |
| v. | ) | |
| | ) | |
| RAFAEL CENTENO-SANCHEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for permission to file a sealed document (Filing No. 26). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The motion for downward departure, the brief in support thereof, and the index of exhibits shall remain sealed pending further order of the Court.

DATED this 28th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court